UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN T. DARBY,<br><br>                    Plaintiff,<br><br>      v.<br><br>LANDON T. CLAY, GOLDEN QUEEN MINING CO. LTD., and Does 1-25, Inclusive,<br><br>                    Defendants. | Case No. 1:15-cv-11671-GAO |

**DEFENDANT'S COUNSEL LOCAL RULE 16.1 CERTIFICATION**

The undersigned counsel hereby certifies that defendant Landon T. Clay ("Defendant") has conferred with Defendant's counsel:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  February 1, 2016

SULLIVAN & WORCESTER LLP

PAUL E. SUMMIT, BBO #488480

          /s/ *Paul E. Summit*
          PAUL E. SUMMIT

One Post Office Square
Boston, MA 02109
Telephone:  (617) 338-2488
Facsimile:  (617) 338-2880
psummit@sandw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2016.

                                                      /s/Paul E. Summit  
                                                       Paul E. Summit  
                                                       *Attorney for Defendant Landan T. Clay*