UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN T. DARBY,<br><br>                    Plaintiff,<br><br>v.<br><br>LANDON T. CLAY, GOLDEN QUEEN<br>MINING CO. LTD., and Does 1-25, Inclusive,<br><br>                    Defendants. | Case No. 1:15-cv-11671-GAO |

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

I, Landon T. Clay ("Defendant"), hereby certify that I have conferred with my counsel:

(a)  with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

_30 Ja 2016_  
Dated

_Landon Clay_  
LANDON T. CLAY

Scanned by CamScanner

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2016.

                                              /s/Paul E. Summit
                                              Paul E. Summit
                                              *Attorney for Defendant Landan T. Clay*