**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **RYAN T. DARBY,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**LANDON T. CLAY, GOLDEN QUEEN MINING CO. LTD., et al,**<br><br>　　　　**Defendants.** | **CIVIL ACTION NO. 1:15-CV-11671-GAO** |

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT GOLDEN QUEEN MINING CO. LTD.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Golden Queen Mining Co. Ltd. hereby states that it does not have any parent entity and that no entity owns 10% or more of its outstanding common stock. If any of the above information changes, Defendant Golden Queen Mining Co. Ltd. will supplement its disclosure statement.

Dated: February 1, 2016

Respectfully submitted,

**For the Defendant Golden Queen Mining Co. Ltd.**

By its attorneys,

*/s/ Nathaniel H. Akerman*　　　　　　

Nathaniel H. Akerman (SBN 013680)
Dorsey & Whitney LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9217
Facsimile: (646) 417-7119
akerman.nick@dorsey.com

2

/s/ Thomas O. Gorman
Thomas O. Gorman (*pro hac vice*)
Kimberly Frumkin
Dorsey & Whitney LLP
1801 K Street, N.W., Suite 750
Washington, D.C. 20006
Telephone:  (202) 442-3000
Fax:  (202) 442-3199
gorman.tom@dorsey.com
Frumkin.kimberly@dorsey.com

**Certificate of Service**

I hereby certify that this corporate disclosure, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 1st day of February 2016.

*/s/ Nathaniel H. Akerman*

Nathaniel H. Akerman
*Attorney for Defendant*