# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN T. DARBY,<br><br>      Plaintiff,<br><br>v.<br><br>LANDON T. CLAY, GOLDEN QUEEN MINING CO. LTD., et al., and Does 1-25, Inclusive,<br><br>      Defendants. | CIVIL ACTION NO. 1:15-CV-11671-GAO |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Ryan T. Darby and Defendants Landon T. Clay and Golden Queen Mining Co. Ltd. hereby respectfully request that the Court enter an order dismissing the above-captioned action with prejudice. This Joint Motion for Dismissal with Prejudice is made pursuant to the terms of the parties' Memorandum of Understanding and Mutual Release entered into by and between all parties to this matter, and in accordance with Federal Rule of Civil Procedure 41(a)(2) and Local Rule 68.2.

DATED: March 30, 2016

                                              HUTCHINGS, BARSAMIAN, MANDELCORN & ROBINSON, LLP

                                              */s/ Theodore M. Hess-Mahon*
                                              Theodore M. Hess-Mahon

                                              110 Cedar Street, Suite 250,
                                              Wellesley Hills, MA 02481
                                              Telephone: (781) 207-1717
                                              Attorney for Plaintiff Ryan T. Darby

ROBBINS GELLER RUDMAN & DOWD

*/s/ James I. Jaconette*
James I. Jaconette

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Attorney for Plaintiff Ryan T. Darby


ROBBINS ARROYO LLP

*/s/ Brian J. Robbins*
Brian J. Robbins
George C. Aguilar
Jay N. Razzouk

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Attorneys for Plaintiff Ryan T. Darby


SULLIVAN & WORCESTER LLP

/s/ *William A. Levine*
Paul E. Summit
William A. Levine

One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Attorneys for Defendant
Landon T. Clay


DORSEY & WHITNEY LLP

*/s/ Nathaniel H. Akerman*
Nathaniel H. Akerman
Thomas O. Gorman
Kimberly B. Frumkin

51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9217
Attorneys for the Defendant Golden Queen Mining Co. Ltd.

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 30th day of March 2016.

<u>/s/ Nathaniel H. Akerman</u><br>
Nathaniel H. Akerman<br>
<i>Attorney for Defendant</i>