# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RYAN T. DARBY

        Plaintiff

V.

LANDON T. CLAY, GOLDEN QUEEN MINING CO. LTD., et al., and Does 1-25, Inclusive,

        Defendant

CIVIL ACTION

NO. 15-CV-11671 GAO

## ORDER OF DISMISSAL

O"Toole, D.J. ,

In accordance with the Court's allowance of the Joint Motion to Dismiss with Prejudice on 04/08/2016, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

04/08/2016  
Date

/s/ Taylor Halley  
Deputy Clerk